UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILMA KILPATRICK, | ) | 1:02-CV-6467 REC SMS P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #31) |
| AUGUSTINE C. MEKKAM, M.D., et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 4, 2005, defendant filed a motion to extend time to file his dispositive motion. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant is granted up to and including September 8, 2005 in which to file his depositive motion.

IT IS SO ORDERED.

**Dated:   August 24, 2005**              /s/ Sandra M. Snyder
b6edp0                                    UNITED STATES MAGISTRATE JUDGE