IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILMA KILKPATRICK, | ) | No. CV-F-02-6467 OWW/SMS P |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR RECONSIDERATION |
| Plaintiff, | ) | (Doc. 47) |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| AUGUSTIN C. MEKKAM, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On August 1, 2006, Plaintiff moved for reconsideration of the March 21, 2006 Order adopting the Magistrate Judge's recommendation and granting defendant's motion for summary judgment on Plaintiff's Eighth Amendment violation claim.

Plaintiff did not file objections to the recommendation. Her motion for reconsideration merely seeks to re-argue the merits of that recommendation, contending that she presented sufficient evidence to raise a genuine issue of material fact that her rights under the Eighth Amendment were violated.  The Magistrate Judge's recommendation was reviewed *de novo* before it

1

1  was adopted.   Plaintiff's motion for reconsideration merely

2  attempts to re-argue her case, which is not a basis for

3  reconsideration.

4      ACCORDINGLY, as set forth above,

5      Plaintiff's Motion for Reconsideration is DENIED.

6

7

8

9

10                         IT IS SO ORDERED.

11  **Dated:    February 12, 2007**          **/s/ Oliver W. Wanger**
    emm0d6                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2